**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 25-cr-40009-TC-1 |
|---|---|
| Plaintiff, | AUSA: Lindsey Debenham |
| | Defendant: Hunter Lindquist, AFPD |
| v. | |
| JASON MICHAEL STRUTTON, | |
| Defendant. | |

| JUDGE: | Judge Rachel E. Schwartz | DATE: | September 2, 2025 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:34 p.m. |
| INTERPRETER: | _____ | PROBATION: | Brett Boatwright |

## PROCEEDINGS

☒ **Initial Appearance – 3 min.**   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☒ **Arraignment – 3 min.**   ☐ Initial Rule 5(c)(3) – min.   ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.   ☐ Preliminary Hearing – min.   ☐ Status Conference – min.

☐ Defendant sworn   ☒ **Examined re: financial status**   ☒ **Counsel appointed**
☒ **Constitutional Rights Explained**
☒ **Charges and penalties explained to defendant**   ☒ **Felony**   ☐ Misdemeanor
☒ **Advised of Due Process Protections Act**
☒ **Waived Reading of:**   ☐ Read to Defendant:
  ☒ **Indictment**
  ☐ Information
  ☐ Complaint
  ☒ **Counts: 1-3**
☐ Guilty   ☒ **Not Guilty**
☐ Bond Revoked   ☐ Continued on present conditions   ☐ Release Order executed   ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☒ **Detention ordered – Oral motion GRANTED.**
☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**
☒ **Status Conference: October 22, 2025, at 9:00 a.m. before Judge Crouse in Topeka Courtroom 401.**

**OTHER:** Defendant appears in person, in custody and the court appoints Lydia Albert. Hunter Lindquist appears for the defendant on behalf of Lydia Albert. Government moves for detention. Defendant waives a detention hearing in open court. Defendant is detained pending trial. Formal Order of Detention to follow. Defendant is remanded to the custody of the U.S. Marshal Service.